IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**NEW VIEW INC.,**

    Plaintiff,

vs.                        CASE NO. 5:11-cv-174/RS-CJK

**MCCRORY BUILDING CO. INC.
and TRAVELERS CASUALTY &
SURETY COMPANY OF AMERICA,**

    Defendants.
_____/

## ORDER

The relief requested in Defendant Travelers Casualty & Insurance Company of America's Amended Unopposed Motion to Stay Action Pending Arbitration (Doc. 48) is **GRANTED**. The stay shall be automatically terminated upon completion of the arbitration between Plaintiff and Defendant McCrory Building Company Incorporated or November 30, 2011, whichever occurs first.

**ORDERED** on July 14, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK
                                          UNITED STATES DISTRICT JUDGE**